STATE OF NEW JERSEY, RESPONDENT, v. MORRIS WESLER AND WILLIAM TOMASH, APPELLANTS.

Argued November 1, 1948—Decided November 8, 1948.

*Mr. Harry Coulomb* argued the cause for the appellants. (*Messrs. Coulomb, McAllister & Hunter,* attorneys).

*Mr. David R. Brone* argued the cause for the respondent (*Mr. Lewis P. Scott,* Prosecutor of Atlantic County, attorney).

PER CURIAM. The judgments will be affirmed for the reasons expressed in the opinion of Mr. Justice Case in the court below.

*For affirmance:* Chief Justice VANDERBILT and Justices. OLIPHANT, WACHENFELD and ACKERSON—4.

*For reversal:* Justice HEHER—1.